UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 04-59-1-DLB**

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**          <u>**O R D E R**</u>

**JEFFREY TINSLEY**            **DEFENDANT**

This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge, and the court being advised,

**IT IS ORDERED AND ADJUDGED** as follows:

That the Report and Recommendation of the United States Magistrate Judge be, and it is, hereby **adopted in part** as the findings of fact and conclusions of law of the court; that the defendant is found to have **violated** the terms of his supervised release; that the defendant be **sentenced** to the custody of the Attorney General for a period of **six (6) months**, to be served at FPC-Manchester with no supervised release to follow; that the defendant pay an immediate assessment of $100.00 as originally ordered on May 19, 2005. A Modified Judgment is entered concurrently herewith.

This 23rd day of July, 2008.

Signed By:
David L. Bunning